**Motion GRANTED and Order filed April 17, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00276-CV
_____

### IN RE TEXAN MILLWORK, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-20205**

---

## ORDER

On April 14, 2020, relator Texan Millwork filed a petition for writ of mandamus asking this court to order the Honorable Daryl L. Moore, presiding judge of the 333rd District Court of Harris County, to vacate his April 1, 2020 order compelling relator to produce Lazaro Cabrera for deposition in 21 days' time.

Relator also filed a motion for temporary relief asking this court to stay the April 1, 2020 order, pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the April 1, 2020 order **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests Sejal Adeshara and Kavan Adeshara, the real parties-in-interest, to file a response to the petition for writ of mandamus on or before May 11, 2020. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.